IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

| | | |
|---|---|---|
| INEZ A. YEAGER, | ) | |
| | ) | |
| Plaintiff, | ) | TC-MD 111127N |
| | ) | |
| v. | ) | |
| | ) | |
| MULTNOMAH COUNTY ASSESSOR, | ) | |
| and DEPARTMENT OF REVENUE, | ) | |
| State of Oregon, | ) | |
| | ) | |
| Defendants. | ) | **DECISION OF DISMISSAL** |

This matter is before the court on its own motion to dismiss this case for lack of prosecution. On March 13, 2012, the court sent the parties an Order instructing Plaintiff to file a written response within 21 days of the date of the Order stating whether the appeal is withdrawn or trial is requested. The Order advised that failure to comply with the deadline set forth therein would result in the dismissal of Plaintiff's appeal.

Plaintiff's deadline has passed and the court has not received the Plaintiff's written response or any further communication from Plaintiff. As a consequence, the court finds this matter should be dismissed for lack of prosecution. Now, therefore,

IT IS THE DECISION OF THIS COURT that this matter is dismissed.

Dated this ____ day of April 2012.

_____
ALLISON R. BOOMER
MAGISTRATE PRO TEMPORE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*
*Your Complaint must be submitted within 60 days after the date of the Decision or this Decision becomes final and cannot be changed.*
*This document was signed by Magistrate Pro Tempore Allison R. Boomer on April 9, 2012. The Court filed and entered this document on April 9, 2012.*

DECISION OF DISMISSAL  TC-MD 111127N                                                      1